

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2016

No. 04-16-00252-CV

Jean Eckford **HARDAWAY**, Et al.,
Appellants

v.

Lou Eda Korth Stubbs **NIXON**, Et al.,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 12-09-0188-CVK
Honorable Russell H. Wilson, Judge Presiding

# O R D E R

On May 26, 2016, this court ordered appellants to show cause why this appeal should not be dismissed because it appeared the appealed-from judgment was not final. We also ordered appellants to file an amended notice of appeal identifying the names of all appellants.

On July 11, 2016, appellants filed an amended/corrected docketing statement containing a list of all appellants. On July 20, 2016, a supplemental clerk's record was filed that contained an Agreed Order of Severance and a Modified Agreed Final Judgment, which we deem adequate to show cause why the appeal should not be dismissed.

On August 1, 2016, the court reporter filed a Notification of Late Record, stating the reporter's record has not been filed because appellants have failed to designate the record and have failed to pay or make arrangements to pay the reporter's fee for preparing the record.

If appellants desire a reporter's record, and have not already done so, appellants are hereby ORDERED to (1) request in writing, no later than August 15, 2016, that a reporter's record be prepared and (2) designate in writing, no later than August 15, 2016, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellants are hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than August 15, 2016.

It is also ORDERED that appellants provide written proof to this court no later than August 15, 2016 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellants are entitled to appeal without paying the reporter's fee.

If appellants fail to provide such written proof within the time provided, appellants' brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellants' brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2016.

Keith E. Hottle
Clerk of Court